UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-mj-8600-WM

UNITED STATES OF AMERICA,

vs.

PAUL DICKSON,

Defendant.
_____/

FILED BY _____SW_____ D.C.
Oct 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No**

Respectfully submitted,

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

By: _____
MARTON GYIRES
ASSISTANT U.S. ATTORNEY
Court ID No.: A5501696
Southern District of Florida
500 South Australian Avenue, 4thFloor
West Palm Beach, FL 33401
Email: Marton.Gyires@usdoj.gov
Phone: 561-820-8711

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Paul Dickson,<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 25-mj-8600-WM |

FILED BY ___SW___ D.C.
Oct 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 17, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) & (d) | Bank robbery with use of a dangerous weapon |
| 18 U.S.C. § 2119 | Attempted carjacking |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Renee Blaize, FBI Special Agent
Printed name and title

Attested to me by the applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

Date: October 17, 2025

_____
Judge's signature

City and state: West Palm Beach, FL

William Matthewman, Chief U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Renee Blaize, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been employed in that capacity since September 2006. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency. I have primarily been assigned to investigations dealing with violent crimes to include bank robberies, and other sophisticated schemes. Based on my experience as a federal law enforcement officer, I have conducted investigations of, and have been instructed in investigative techniques concerning bank robberies and conspiracies to commit these offenses, in violation of Title 18, United States Code, Section 2113. Based upon experience, I have also become well versed in, and familiar with, the methodology used in bank robberies and the unique patterns employed by bank robbers.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Paul Dickson ("DICKSON") committed the offense of bank robbery with use of a dangerous weapon, in violation of Title 18, United States Code, Section 2113(a) & (d) and attempted carjacking, in violation of Title 18, United States Code, Section 2119.

3. On or about October 17, 2025, at approximately 3:20 p.m., DICKSON entered TD Bank, located at 10149 Okeechobee Boulevard, Royal Palm Beach, Florida 33411, which is in Palm Beach County, Southern District of Florida, and is a financial

1

institution whose deposits are insured by the Federal Deposit Insurance Corporation. Surveillance video shows DICKSON inside the bank, wearing shorts and a red tank top, and holding a plastic bag in his hand. The surveillance video is clear and full color and clearly depicts DICKSON, who was not wearing a hat, mask, or anything to hide his face. DICKSON went to the teller counter while brandishing a knife. DICKSON gave the plastic bag to the teller ("teller" or "Victim 1") and told the teller to put the money in the bag. While he said this, DICKSON was pointing the knife at the teller. The teller put the money from her teller drawer in the bag and also placed bait money into the bag (the purpose of which is to attempt to either track or later identify stolen money).

4. DICKSON left the bank with approximately $3,366 and headed to the neighboring Target department store parking lot by foot. DICKSON approached a female ("Victim 2") and tried to get in her vehicle but was unsuccessful. DICKSON then went over to a grey Jeep and approached another woman ("Victim 3"). DICKSON brandished a knife and demanded the keys to the vehicle. Victim 3 gave DICKSON the keys and stepped out of the vehicle. DICKSON began having issues not understanding how to start the vehicle. At this point, a good Samaritan ("Victim 4") approached the vehicle and tried to get DICKSON out of the vehicle. Victim 4 got cut from DICKSON's knife on his middle finger. Victim 4 then went inside the Target department store to get security and medical attention. DICKSON dropped the bag of money and while attempting to pick it up, Victim 3 kicked him in the head and slammed the vehicle door on him. Law enforcement then arrived and DICKSON began complying with law enforcement commands.

5. Law enforcement drove the teller victim past DICKSON to conduct a field identification. The teller positively identified DICKSON as the individual that robbed the bank.

6. The vehicle that was driven by Victim 3 is a 2022 Jeep Wrangler Rubicon, which is not assembled in Florida.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 17, 2025, Paul DICKSON committed the offense of bank robbery with use of a dangerous weapon, in violation of Title 18, United States Code, Section 2113(a) & (d) and attempted carjacking, in violation of Title 18, United States Code, Section 2119.

_____
Renee Blaize
Special Agent
Federal Bureau of Investigation

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __17th__ day of October 2025.

_____
WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __Paul Dickson__

Case No: __25-mj-8600-WM__

Count #: 1

Bank robbery with use of a dangerous weapon
Title 18, United States Code, Section 2113(a) & (d)
* Max. Term of Imprisonment: 25 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 5 years
* Max. Fine: $250,000

Count #: 2

Attempted carjacking
Title 18, United States Code, Section 2119
* Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.